UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOC WARREN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-2413** |
| **JASON KENT, WARDEN** | **SECTION: "E"(5)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the State's Motion to Dismiss[1] is **GRANTED**, Warren's Motion to Dismiss and Motion to Vacate Conviction[2] is **GRANTED IN PART** with respect to his request for dismissal of the case and **DENIED IN PART** with respect to the Motion to Vacate, and the petition of **DOC WARREN** for issuance of a writ of habeas corpus under 28 U.S.C. § 2254,[3] is hereby **DISMISSED WITHOUT PREJUDICE**.

**New Orleans, Louisiana, this 1st day November, 2021.**

                                              *Susie Morgan*
                                            **SUSIE MORGAN**
                                **UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 29.
[2] R. Doc. 34.
[3] R. Doc. 1.